UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO NAVICHOQUE,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE DUKE, et al.,<br><br>Defendants. | Case No. 17-cv-05512-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *Navichoque v. Kelly*, 17-cv-3578-RS.

**IT IS SO ORDERED.**

Dated: September 22, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge